THOMAS C. DOUGHERTY, Respondent, v. AMERICAN CLAY MACHINERY

COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

CORA EVERETT, Respondent, v. SAUGERTIES AND NEW YORK STEAMBOAT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.